IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CHASE CARMEN HUNTER, | ) |
| Plaintiff, | ) Civil Action No. 5:15-cv-00043 |
| v. | ) |
| LESLEY J. HOLSINGER, et al., | ) By: Hon. Michael F. Urbanski |
| | ) United States District Judge |
| Defendants. | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to the motions to dismiss filed by defendants Carrie Ann Robertson and Lesley J. Holsinger (ECF Nos. 16 & 24), as well as plaintiff Chase Carmen Hunter's motions to amend the complaint (ECF Nos. 38-41). The Magistrate Judge filed a report and recommendation on February 19, 2016, recommending that defendants' motions to dismiss be granted and plaintiff's motions to amend be denied. By Order entered February 26, 2016, the court granted Hunter's request for an extension of time within which she could file objections to the report and set the deadline for filing objections as on or about March 21, 2016. No objections have been filed.

The court has carefully reviewed the magistrate judge's report and finds that it should be adopted in its entirety. As such, it is hereby **ORDERED** that the report and recommendation (ECF No. 71) is **ADOPTED**, the motions to dismiss (ECF Nos. 16 & 24) are **GRANTED**,

plaintiff's motions to amend (ECF Nos. 38-41) are **DENIED**, and this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.[1]

The Clerk is directed to send a certified copy of this Order to counsel of record and to the pro se plaintiff.

Entered: 03-24-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

---

[1] As such, Hunter's motion to compel the United States Magistrate Judge to comply with Rule 16 of the Federal Rules of Civil Procedure and enter a scheduling order in this case (ECF No. 70) is **DENIED as moot.**

2